# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Howard Cohan

                                      Plaintiff,

v.                                                        Case No.: 1:15−cv−09021
                                                       Honorable Matthew F. Kennelly

Embassy Suites Hotel
Chicago−Schaumburg/Woodfield

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 25, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: By stipulation of the parties, this case is dismissed with prejudice and without costs or fees to either party. Status hearing date o 2/2/2016 is stricken. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.